1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    JACK F. GILLEY,                          No.  1:21-cv-00468 KES GSA (PC)

12                   Plaintiff,                 ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND DISMISSING
13           v.                                 ACTION, WITHOUT PREJUDICE, FOR
                                                FAILURE TO COMPLY WITH A COURT
14    FISHER,                                   ORDER AND FAILURE TO PROSECUTE

15                   Defendant.                 Doc. 15

16

17          Plaintiff, a former state prisoner proceeding pro se, initiated this civil rights action on

18   March 22, 2021, seeking relief under 42 U.S.C. § 1983.  Doc. 1.  The matter was referred to a

19   United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          After two screenings, plaintiff's second amended complaint was docketed on May 19,

21   2023.  Doc. 11.  Plaintiff thereafter notified the Court of his updated address on August 8, 2023.

22   Doc. 12.  On March 11, 2025, the assigned magistrate judge directed plaintiff to file a non-

23   prisoner in forma pauperis application within twenty-one days.  Doc. 31.  On March 21, 2025, the

24   Court's order was returned as "Undeliverable, Not Deliverable as Addressed, Unable to

25   Forward."  *See* docket.[1]  On April 29, 2025, the magistrate judge issued findings and

---

[1] Although plaintiff's copy of the court's order regarding the in forma pauperis application was
returned as undeliverable, plaintiff was properly served.  Pursuant to Local Rule 182(f), service of
documents at a party's record address is effective, and it is plaintiff's responsibility to keep his
address current with the court.

1

recommendations recommending dismissal of plaintiff's suit for failure to comply with a court order and failure to keep the court apprised of his current address. Doc. 15. The magistrate judge found that the relevant factors weighed in favor of dismissal. *Id.* at 3–4; *see Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (failure to prosecute); *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 133 (9th Cir. 1987) (failure to comply with a court order). The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days. Doc. 15. Plaintiff did not file any objections, nor has he otherwise communicated with the Court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. The magistrate judge correctly determined that the relevant factors under *Malone* and *Henderson* support dismissal as plaintiff appears to have abandoned this action. Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued April 29, 2025 (Doc. 15), are ADOPTED IN FULL; and

2. This matter is DISMISSED without prejudice for plaintiff's failure to obey a court order and failure to keep the Court apprised of his current address. <u>See</u> Fed. R. Civ. P. 41(b); Local Rules 110 and 183(b).

IT IS SO ORDERED.

Dated:   <u>June 12, 2025</u>

_____
UNITED STATES DISTRICT JUDGE